IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1131-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| YIFANG USA, INC. D/B/A E-FUN, INC. | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF MAILING

I, Benjamin A. Smyth, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in this action.

2. Defendant Yifang USA, Inc. d/b/a E-Fun, Inc. is an entity having a principal place of business at 136 N. Grand Ave. #148, West Covina, CA 91791.

3. On December 8, 2015, true and correct copies of the Summons, Complaint and related documents were sent by Federal Express overnight delivery pursuant to 10 *Del. C.* § 3104 to Yifang USA, Inc. d/b/a E-Fun, Inc., 136 N. Grand Ave. #148, West Covina, CA 91791. *See* Exhibit A.

4. On December 9, 2015 McCarter & English, LLP received notification that Yifang USA, Inc. d/b/a E-Fun, Inc. received said documents on December 9, 2015. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| DATED: December 10, 2015 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Benjamin A. Smyth |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | bsmyth@mccarter.com |
| | |
| OF COUNSEL: | *Attorneys for Plaintiffs* |

Michael P. Sandonato
John D. Carlin
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100
msandonato@fchs.com
jcarlin@fchs.com

ME1 21616098v.1