IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1131-GMS |
| v. | ) ) | |
| YIFANG USA, INC. d/b/a E-FUN, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS the parties previously agreed to extend the deadline for the defendant to respond to the Complaint to February 8, 2016 (D.I. 9); and

WHEREAS the parties require further time to complete settlement negotiations;

2

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that defendant's time in which to move, plead or otherwise respond to the Complaint is extended until March 9, 2016.

| | |
|---|---|
| */s/ Daniel M. Silver* | */ s/ John W. Shaw* |
| Michael P. Kelly (No. 2295) | John W. Shaw (No. 3362) |
| Daniel M. Silver (No. 4758) | Andrew E. Russell (No. 5382) |
| Benjamin A. Smyth (No. 5528) | SHAW KELLER LLP |
| MCCARTER & ENGLISH, LLP | 300 Delaware Avenue, Suite 1120 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 298-0700 |
| Wilmington, DE 19801 | jshaw@shawkeller.com |
| (302) 984-6300 | arussell@shawkeller.com |
| mkelly@mccarter.com | *Attorneys for Defendant* |
| dsilver@mccarter.com | |
| bsmyth@mccarter.com | OF COUNSEL: |
| *Attorneys for Plaintiffs* | Lucian C. Chen |
| | LUCIAN C. CHEN, ESQ. PLLC |
| OF COUNSEL: | One Grand Central Place |
| Michael P. Sandonato | 60 East 42nd Street, Suite 4600 |
| John D. Carlin | New York, NY 10165 |
| FITZPATRICK, CELLA, HARPER & SCINTO | (212) 710-3007 |
| 1290 Avenue of the Americas | |
| New York, NY 10104 | |
| (212) 218-2100 | |

Dated: February 8, 2016

SO ORDERED this ____ day of _____, 2016.

_____
United States District Judge