IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1131-GMS |
| v. | ) ) | |
| YIFANG USA, INC. d/b/a E-FUN, INC., | ) ) | |
| Defendant. | ) | |

## **DEFENDANT YIFANG USA, INC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant YiFang USA, Inc. states that there are no parents, trusts, subsidiaries and/or publicly held companies owning 10% or more of YiFang USA, Inc.'s stock.

|  |  |
|---|---|
|  | */ s/ Karen E. Keller* |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| Lucian C. Chen | SHAW KELLER LLP |
| Wing K. Chiu | 300 Delaware Avenue, Suite 1120 |
| LUCIAN C. CHEN, ESQ. PLLC | Wilmington, DE 19801 |
| One Grand Central Place | (302) 298-0700 |
| 40 East 42nd Street, Suite 4600 | jshaw@shawkeller.com |
| New York, NY 10165 | kkeller@shawkeller.com |
| (212) 710-3007 | arussell@shawkeller.com |
|  | *Attorneys for Defendant* |
| Dated: March 9, 2016 | *YiFang USA, Inc. D/B/A E-Fun Inc.* |