IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 15-1131-GMS |
| YIFANG USA, INC. d/b/a E-FUN, INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT YIFANG USA, INC.'S NOTICE OF JOINDER IN ACER'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant YiFang USA, Inc. ("YiFang") hereby joins the Motion for Judgment on the Pleadings filed concurrently in *Koninklijke Philips N.V. and U.S. Philips Corporation v. Acer Inc. and Acer America Corp.*, C.A. No. 15-1170-GMS (the "Acer Action") by defendants to the Acer Action, Acer Inc. and Acer America Corp (collectively, "Acer"). YiFang fully incorporates by reference the arguments set forth in Acer's Opening Brief in support of its Motion for Judgment on the Pleadings ("Acer's Opening Brief"), filed concurrently in the Acer Action.

In their Second Amended Complaint ("SAC") in this action (D.I. 75), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") fifth and ninth claims for relief are essentially identical to the fifth and eleventh claims Philips' SAC asserts against Acer (Acer Action, D.I. 82).

Accordingly, the Court should dismiss with prejudice the fifth and ninth claims for relief in Philips' SAC against YiFang for the same reasons set forth in Acer's Opening Brief.

–2–

|  | Respectfully submitted, |
|---|---|
|  | */s/ Nathan R. Hoeschen* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Lucian C. Chen | Karen E. Keller (No. 4489) |
| Wing K. Chiu | Nathan R. Hoeschen (No. 6232) |
| LUCIAN C. CHEN, ESQ. PLLC | SHAW KELLER LLP |
| One Grand Central Place | 300 Delaware Avenue, Suite 1120 |
| 60 East 42nd Street, Suite 4600 | Wilmington, DE 19801 |
| New York, NY 10165 | (302) 298-0700 |
| (212) 710-3007 | jshaw@shawkeller.com |
|  | kkeller@shawkeller.com |
|  | nhoeschen@shawkeller.com |
|  | *Attorneys for Defendant* |
| Dated: December 23, 2016 | *YiFang USA, Inc. D/B/A E-Fun Inc.* |