**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1125-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br> v. <br><br> KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> VISUAL LAND, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1127-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br> v. <br><br> KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, v. | ) ) ) ) | C.A. No. 15-1130-GMS |
| DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| MICROSOFT CORPORATION, | ) ) ) | |
| Intervenor-Plaintiff, v. | ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Intervenor-Defendants. | ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, v. | ) ) ) ) | C.A. No. 15-1131-GMS |
| YIFANG USA, INC. D/B/A E-FUN, INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| MICROSOFT CORPORATION, | ) ) ) | |
| Intervenor-Plaintiff, v. | ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Intervenor-Defendants. | ) ) ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>        Plaintiffs, <br>   v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br><br>        Defendants. <br><br> MICROSOFT CORPORATION, <br><br>        Intervenor-Plaintiff, <br>   v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>        Intervenor-Defendants. | C.A. No. 15-1170-GMS |

**INTERVENOR MICROSOFT CORPORATION'S**
**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Intervenor Microsoft Corporation ("Microsoft") hereby respectfully moves, pursuant to Rule 12(c) of the Federal Rule of Civil Procedure, for the entry of partial judgment on the pleadings that all claims of U.S. Patent No. 7,194,064 that have been asserted in the above-captioned actions by plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation are invalid as a matter of law. The grounds for this motion are fully set forth in Microsoft's accompanying opening brief.

1

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Steven J. Balick* |
|  | _____ |
|  | Steven J. Balick (#2114) |
|  | Andrew C. Mayo (#5207) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
*Of Counsel:* | (302) 654-1888 |
|  | sbalick@ashby-geddes.com |
Chad S. Campbell | amayo@ashby-geddes.com |
Jared W. Crop |  |
PERKINS COIE LLP | *Attorneys For Intervenor-Plaintiff Microsoft* |
2901 N. Central Avenue, Suite 2000 | *Corporation* |
Phoenix, AZ  85012-2788 |  |
(602) 351-8000 |  |

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
(206) 359-8000

Dated:  January 12, 2017

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>    Plaintiffs, <br>  v. <br><br> ASUSTEK COMPUTER INC., <br> ASUS COMPUTER INTERNATIONAL, <br><br>    Defendants. | C.A. No. 15-1125-GMS |
| MICROSOFT CORPORATION, <br><br>    Intervenor-Plaintiff, <br>  v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>    Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>    Plaintiffs, <br>  v. <br><br> VISUAL LAND, INC., <br><br>    Defendant. | C.A. No. 15-1127-GMS |
| MICROSOFT CORPORATION, <br><br>    Intervenor-Plaintiff, <br>  v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>    Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | C.A. No. 15-1130-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br> v. <br><br> KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> YIFANG USA, INC. D/B/A E-FUN, INC., <br><br> Defendant. | C.A. No. 15-1131-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br> v. <br><br> KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>     Plaintiffs, <br>   v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br><br>     Defendants. <br><br> MICROSOFT CORPORATION, <br><br>     Intervenor-Plaintiff, <br>   v. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>     Intervenor-Defendants. | C.A. No. 15-1170-GMS |

## **ORDER**

This _____ day of _____, 2017, Intervenor Microsoft Corporation ("Microsoft") having moved, pursuant to Rule 12(c) of the Federal Rule of Civil Procedure, for the entry of partial judgment on the pleadings, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Microsoft's motion is granted, and that all claims of U.S. Patent No. 7,194,064 that have been asserted in the above-captioned actions by plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation are invalid as a matter of law on grounds of indefiniteness.

                 _____
                 United States District Judge