IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>    Defendant.<br>_____<br>MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants.<br>_____<br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants/Counterclaim<br>    Plaintiffs in Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff/Counterclaim<br>    Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>    Counterclaim Defendant in<br>    Intervention.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 15-1131-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 2, 2017 the following document was served on the persons listed below in the manner indicated:

1) YiFang USA, Inc.'s First Supplemental Response and Objections to Koninklijke Philips N.V. and U.S. Philips Corporation's Interrogatory No. 4

**BY E-MAIL**

| | |
|---|---|
| Michael P. Kelly | Michael P. Sandonato |
| Daniel M. Silver | John D. Carlin |
| Benjamin A. Smyth | Daniel Apgar |
| MCCARTER & ENGLISH, LLP | Jonathan Sharret |
| Renaissance Centre | Christopher M. Gerson |
| 405 N. King Street, 8th Floor | Joyce L. Nadipuram |
| Wilmington, DE 19801 | Giancarlo Scaccia |
| (302) 984-6300 | FITZPATRICK, CELLA, HARPER & SCINTO |
| mkelly@mccarter.com | 1290 Avenue of the Americas |
| dsilver@mccarter.com | New York, NY 10104 |
| bsmyth@mccarter.com | (212) 218-2100 |
| | msandonato@fchs.com |
| | jcarlin@fchs.com |
| Michelle Berger | dapgar@fchs.com |
| PERKINS COIE LLP | jsharret@fchs.com |
| 11988 El Camino Real Suite | cgerson@fchs.com |
| 350 San Diego, CA 92130 | jnadipuram@fchs.com |
| (858) 720-5700 | gscaccia@fchs.com |
| mcunningham@perkinscoie.com | |

|  |  |
|---|---|
| | */s/ Nathan R. Hoeschen* |
| | John W. Shaw (No. 3362) |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Lucian C. Chen | Nathan R. Hoeschen (No. 6232) |
| Wing K. Chiu | SHAW KELLER LLP |
| LUCIAN C. CHEN, ESQ. PLLC | I.M. Pei Building |
| One Grand Central Place | 1105 North Market Street, 12th Floor |
| 60 East 42nd Street, Suite 4600 | Wilmington, DE 19801 |
| New York, NY 10165 | (302) 298-0700 |
| (212) 710-3007 | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | *Attorneys for Defendant* |
| Dated: June 2, 2017 | *YiFang USA, Inc. D/B/A E-Fun Inc.* |